**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-4973**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

YUESEYUAN CRUEL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CR-02-858)

———————

Submitted:  April 1, 2003          Decided:  April 14, 2003

———————

Before WILKINS, Chief Judge, and LUTTIG and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Yueseyuan Cruel, Appellant Pro Se.  Kevin Frank McDonald, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yueseyuan Cruel pled guilty to making, uttering, and possessing counterfeit securities drawn on American Federal Bank, and aiding and abetting, in violation of 18 U.S.C. §§ 2, 513 (2000). Cruel was sentenced to thirty months imprisonment and we affirmed his conviction and sentence on direct appeal. See United States v. Cruel, No. 02-4305, 2003 WL 115122 (4th Cir. Mar. 14, 2003) (unpublished). One of the arguments Cruel raised in his direct appeal was that the Secret Service and the district court lacked authority to adjudicate the matter. Id. Cruel now appeals from the same criminal proceeding alleging that the district court erred by denying his motion to dismiss the indictment against him and his "Motion to Dismiss for Lack of Territorial Jurisdiction," on the ground that the district court lacked jurisdiction over him. Because we addressed and rejected Cruel's jurisdictional arguments in his direct appeal, we decline to entertain the issue again. Thus, we affirm the orders of the district court. We dispense with oral argument as the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2